UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA CARPENTERS                          CIVIL ACTION
HEALTH BENEFIT FUND ET AL.

VERSUS

WOODROW WILSON                                NO.: 18-802-BAJ-EWD
CONSTRUCTION, LLC ET AL.

## CONDITIONAL ORDER OF DISMISSAL

Considering the Settlement Conference Report and Recommendation (Doc. 20) of the United States Magistrate Judge,

**IT IS ORDERED** that this case is **DISMISSED**, without prejudice to the parties' rights to, within **13 MONTHS**, and upon good cause shown, re-open this case if the settlement is not consummated.

Baton Rouge, Louisiana, this 29th day of April, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1